**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**GIL BUTTELS**                                                                        **PLAINTIFF**

**VS.**                                          **NO. 2:20CV00199 JM**

**DOLLAR TREE, INC., et al.**                                              **DEFENDANT**

**ORDER**

Pending is the parties' agreed stipulation of voluntary dismissal with prejudice. (Docket # 120).  Pursuant to the stipulation, this case is hereby dismissed with prejudice as to all Defendants.  The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge